IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 10-cv-03058-PAB

NANCY HESSEN,

    Plaintiff,

v.

THE PRUDENTIAL INSURANCE COMPANY OF AMERICA,
PRUVALUE INSURANCE BENEFITS TRUST, and
TRANE FEDERAL CREDIT UNION,

    Defendants.

---

## ORDER

---

This matter comes before the Court upon a Complaint filed by the Plaintiff seeking to recover benefits under the Employee Retirement Income Security Act of 1974 ("ERISA"), 29 U.S.C. § 1132(a)(1)(B). It is

ORDERED that:

1. On or before **February 7, 2011** the parties shall meet and confer and file a joint statement addressing the following issues:

    <u>Administrative Record</u>:
    - Whether the parties agree upon the administrative record.
    - How much time the parties need to compile and file the administrative record.

    <u>Standard of Review</u>:
    - Whether the parties agree upon the standard of review. If so, what is the standard of review? If there is a disagreement, state the parties' positions.

<u>Expedited Procedure</u>
- Whether the parties agree that this case is amenable to an expedited determination based upon the administrative record and consideration of opposing briefs.

DATED January 5, 2011.

                                            BY THE COURT:

                                            s/Philip A. Brimmer
                                            PHILIP A. BRIMMER
                                            United States District Judge